

RECEIVED
APR 1 3 2021
U.S. DISTRICT COURT
DISTRICT OF R.I.

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

STEVEN J. PALANGE,

for himself, and as a parent, next of kin, legal Guardian of KP

*PLAINTIFFS*

v.

Paul T. Jones
Rhode Island Family Court Magistrate
Defendant

## PARTIES

Plaintiff. I am Steven Palange, the plaintiff, in this case, the father of K.P, a minor child, and citizens of Rhode Island. I am pro se in this matter.

Defendant Paul T. Jones Magistrate is being sued in his official capacities only.

## VENUE

The District of Rhode Island is the proper venue because the actions and omissions that give rise to this lawsuit occurred in the State of Rhode Island.

1

## JURISDICTION

This is a federal question dealing with issues of ongoing violations of the United States Constitution and federal laws. Thus 28 USC 1331 establishes this Court's jurisdiction. Supplemental state law Jurisdiction is invoked under 28 USC 1367. Supreme Jurisdiction is enumerated in US Constitution, Article III, Section 2., and Article Six Supremacy Clause.

## FACTS:

On December 18, 2013, The Rhode Island Family Court Entered a Final Judgment, Decree with an attached Marriage Settlement Agreement (MSA) as an Exhibit in the matter of Palange v. Palange W-12-0361 concerning the family of K.P, a minor child, Margarita Palange, and Steven Palange. Which merged the terms of shared and equal placement and custody, parenting time, reasonable and liberal visitation of the MSA into the final judgment and decree. **EXHIBIT "1" CERTIFIED FINAL JUDGMENT FROM RHODE ISLAND FAMILY COURT.**

The family lived in the same town of Wakefield Rhode Island with K.P enjoying two homes shared with each of her parents and the family enjoying K.P happily, equally, and under the terms of the final judgment.

On or about May 09, 2018, defendant Margarita Palange (Margarita) invoked membership into a corruptly administrated influenced family court that abducts children from legal custodial and safe parents for the sole purposes of power, control, physical custody of minor children, and monetary gains.

Magistrate Jones participates, is influenced by, and conspires with the corruptly administered and influenced family court.

Magistrate Jones practices a policy that prevents me from being heard in court. And, a policy of preventing my attorneys from presenting my defenses to the court.

And a policy of obstructing my appeals of Magistrate Jones's decisions.
And a policy of indefinitely denying my minor daughter and I of any trial and the rights to be heard.

A policy of corruptly adjudicating cases for personal and multi-institutional, financial, and personal influences derived from the child support industry in Rhode Island.

All policies and practices are currently ongoing.

## PRAYER FOR DECLARATORY RELIEF

Pursuant to all applicable laws and the Constitutions of the United States of America and the State of Rhode Island I pray that this court finds and declare that the above-described conduct is against the Constitutions, is injurious to my minor daughter, and violates my and K.P's Constitutional Rights and deprives us of our ability to exercise our rights in Rhode Island Courts.

Respectfully submitted,

*[signature]*

Steven J. Palange

By himself Pro Se,

10 Grandeville Ct., #934
Wakefield, RI 02879
P/C (401) 225-0650 F: 401-295-2242
E: steven_palange@tlic.com

PLAINTIFF HEREBY DEMANDS A TRIAL BY JURY OF ALL ISSUES SO TRIABLE.