**Extremely Urgent**

This envelope is for use with the following services:
- UPS Next Day Air®
- UPS Worldwide Express℠
- UPS 2nd Day Air®

Apply shipping documents on the inside.

Do not use this envelope for:
- UPS Ground
- UPS Standard
- UPS 3 Day Select®
- UPS Worldwide Expedited®

Visit **theupsstore.com** to learn more about our Print & Business Services.

Visit **theupsstore.com** to find a location near you.

**Domestic Shipments**
- To qualify for the Letter rate, UPS Express Envelopes may only contain correspondence, urgent documents, and/or electronic media, and must weigh 8 oz. or less. UPS Express Envelopes containing items other than those listed or weighing more than 8 oz. will be billed by weight.

**International Shipments**
- The UPS Express Envelope may be used only for documents of no commercial value. Certain countries consider electronic media as documents. Visit ups.com/importexport to verify if your shipment is classified as a document.
- To qualify for the Letter rate, the UPS Express Envelope must weigh 8 oz. or less. UPS Express Envelopes weighing more than 8 oz. will be billed by weight.

Note: Express Envelopes are not recommended for shipments of electronic media containing sensitive personal information or cash equivalent.

---

STEVEN PALANGE
(401) 225-6456
THE UPS STORE #5404
91 POINT JUDITH RD
NARRAGANSETT   RI 02882-3468

0.4 LBS LTR 1 OF 1
SHP WT: LTR
DATE: 10 APR 2021

SHIP  ATTN CLERTIS OFFICE
TO:   US DISTRICT CT
      1 EXCHANGE TER

      PROVIDENCE   RI 02903-1744

RI 029 9-04

UPS NEXT DAY AIR                    1
TRACKING #: 1Z 4A2 3R4 01 5271 9446

BILLING: P/P

ISH 13.00F ZZP 450 42.5V 01/2021

SEE NOTICE ON REVERSE regarding UPS Terms, and notice of limitation of liability. Where allowed by law, shipper authorizes UPS to act as forwarding agent for export control and customs purposes. If exported from the US, shipper certifies that the commodities, technology or software were exported from the US in accordance with the Export Administration Regulations. Diversion contrary to law is prohibited.
RRD R 0321

---

0188025070 9   11/18   United Parcel Service

Serving you for more than 100 years — United Parcel Service.

International Shipping Notice — Carriage hereunder may be subject to the rules relating to liability and other terms and/or conditions established by the Convention for the Unification of Certain Rules Relating to International Carriage by Air (the "Warsaw Convention") and/or the Convention on the Contract for the International Carriage of Goods by Road (the "CMR Convention"). These commodities, technology or software were exported from the U.S. in accordance with the Export Administration Regulations. Diversion contrary to U.S. law prohibited.

80% Post-Consumer